UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:09-cr-00369-PMP-PAL |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| JESSICA TRITT, | ) | |
| Defendant. | ) | |

On April 15, 2011, Defendant Jessica Tritt filed a Letter/Motion for Early Termination of Probation (Doc. #14).

**IT IS ORDERED that** Plaintiff United States and the United States Department of Probation shall not later than **May 10, 2011** file a written response to Defendant Tritt's Motion.

DATED: April 25, 2011.

*[signature]*

PHILIP M. PRO
United States District Judge